```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MITCHELL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3315 |
| | ) | |
| v. | ) | |
| | ) | |
| GOODYEAR TIRE & RUBBER COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed motion to continue pretrial conference and trial is granted in part and,

1. The pretrial conference is continued to October 25, 2005 at 10:00 a.m. in the chambers of the undersigned magistrate judge.

2. Trial is continued to 9:00 a.m., November 14, 2005 for a duration of five trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Becker v. UPRR</u>, 4:03cv3372; <u>Rehrs v. Iams</u>, 4:05cv3014 and <u>Streka v. Rite-Style</u>, 8:05cv12. Jury selection will be held at commencement of trial.

DATED this 19th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge