IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MITCHELL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3315 |
| | ) | |
| v. | ) | |
| | ) | |
| GOODYEAR TIRE & RUBBER COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Pretrial Conference in this case is continued to November 2, 2005 at 11:30 a.m.

DATED this 17th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge