```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MITCHELL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3315 |
| | ) | |
| v. | ) | |
| | ) | |
| GOODYEAR TIRE & RUBBER COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the parties' joint oral motion,

IT IS ORDERED:

1. The Pretrial Conference in this case, currently set for November 2, 2005, is continued to January 17, 2006 at 3:00 p.m.

2. The trial of this case, currently set to commence on November 14, 2005, is continued. Trial is set for 9:00 a.m. on February 13, 2006, for a duration of five trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

DATED this 25th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge