IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MITCHELL TAYLOR, | ) | 4:04CV3315 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER NUNC PRO TUNC** |
| | ) | |
| THE GOODYEAR TIRE AND RUBBER COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

    By order dated December 16, 2005 I granted summary judgment to the defendant. Upon review, I have discovered scrivener's errors in the order granting summary judgment. There are two individuals surnamed "Turner" referenced in the opinion. The plaintiff's surname is Taylor. Several sentences contain a mistaken reference to "Turner" rather than to "Taylor." I have corrected those scrivener's errors, and by this order nunc pro tunc I direct the Clerk of Court to replace the original December 16 order with a corrected order I will separately provide to the Clerk. If the parties access the PACER system after receiving notice of this order nunc pro tunc, the December 16 order accessed through PACER will be the corrected order.

    December 19, 2005.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　United States District Judge